B3B (Official Form 3B) (12/07)-- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  Edward F. Grob

Debtor(s)

Case No. 11-82443
Chapter 7

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before 6-10-11
$ 74.75 on or before 7-10-11
$ 74.75 on or before 8-10-11
$ 74.75 on or before 9-12-11

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on __ at __ __.m. at __. (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: MAY 31 2011

United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

In re:

EDWARD F. GROB

Case No. 11-82443

      I certify that on May 31, 2011, I caused a copy of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via the Court's electronic notification system or via First Class Mail(**) to the following:

**Edward F. Grob****
10353 Metalmark #2
Roscoe, IL 61073

**David L Davitt**
Schlueter Ecklund
4023 Charles Street
Rockford, IL 61108

**Megan G Heeg**
Ehrmann Gehlbach Badger & Lee
Pob 447- 215 E First St, Ste 100
Dixon, IL 61021

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715

                                                Mimi Kuczynski, Courtroom Deputy